DE SILVER DREW, Respondent, v. BENJAMIN FRANKLIN, Appellant, et al., Defendants. (Action No. 2.)

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Henry, JJ.